1  LAWRENCE G. TOWNSEND (SBN 88184)
   LAW OFFICES OF LAWRENCE G. TOWNSEND
2  455 Market Street, 19th Floor
   San Francisco, California 94105
3  Telephone: (415) 882-3288
   Facsimile: (415) 882-3299
4
   Attorneys for Defendant
5  PAYLESS WHOLESALE, INC.

6

7

                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10

11 LIFESCAN, INC.,                              ) Case No. C 05 2016 JCS
                                                )
12              Plaintiff,                      ) **FIRST STIPULATION EXTENDING**
                                                ) **TIME FOR PAYLESS WHOLESALE,**
13     vs.                                      ) **INC. TO ANSWER OR OTHERWISE**
                                                ) **RESPOND TO PLAINTIFF'S FIRST**
14 AMERICAN HEALTHCARE, INC.,                   ) **AMENDED COMPLAINT [L.R. 6-1]**
   PAYLESS WHOLESALE, INC.; and DOES 3          )
15 through 10, inclusive,                       )
                                                )
16              Defendants.                     )
   _____)

17

18     Plaintiff LifeScan, Inc., by and through its counsel of record, and Defendant Payless

19 Wholesale, Inc ("Payless"), by and through its preliminarily designated counsel, do hereby

20 stipulate to extend the time for Defendant Payless to answer or otherwise respond to Plaintiff's

21 First Amended Complaint for a period of one (1) week, through and including October 4, 2005.

22 This stipulated extension is made to provide Defendant Payless additional time to finalize

23 representation in this matter and to review the claims and proceedings, and is not for the mere

24 purpose of delay. Payless will not use this extension as a basis for seeking a continuance of the

25 October 14, 2005 case management conference in this action.

26 ///

27 ///

28                                              1

First Stipulation Extending Time To Answer Complaint; Case No.: C 05-C 05 2016 JCS

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: September 26, 2005 | LAW OFFICES OF LAWRENCE G. TOWNSEND |
| 3 | | |
| 4 | | By: /s/ Lawrence G. Townsend |
| | | As the filing attorney, I attest that the foregoing is accepted by counsel signing below |
| 5 | | |
| 6 | | Lawrence G. Townsend |
| | | Attorneys For Defendant PAYLESS WHOLESALE, INC. |
| 7 | | |
| 8 | Dated: September 26, 2005 | QUINN, EMANUEL, URQUHART, OLIVER & HEDGES, LLP |
| 9 | | |
| 10 | | |
| 11 | | By: /s/ David Eiseman |
| | | David Eiseman |
| | | Attorneys For Plaintiff LIFESCAN, INC. |

S:\LGT-TENA\Payless\JointStipExtendingTime.wpd

Dated: Sept. 28, 2005

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]

2

First Stipulation Extending Time To Answer Complaint; Case No.: C 05-C 05 2016 JCS