1 JEFFER, MANGELS, BUTLER & MARMARO LLP
JEFFREY K. RIFFER (Bar No. 87016)
2 J. T. WELLS BLAXTER (Bar No. 190222)
Two Embarcadero Center, Fifth Floor
3 San Francisco, California 94111-3824
Telephone: (415) 398-8080
4 Facsimile: (415) 398-5584

5 Attorneys for Defendant AMERICAN HEALTHCARE, INC.

6
UNITED STATES DISTRICT COURT
7
NORTHERN DISTRICT OF CALIFORNIA
8

9
| | |
|---|---|
| LIFESCAN, INC., | CASE NO. C 05 2016 JCS |
| Plaintiff, | **STIPULATION EXTENDING TIME OF DEFENDANT TO RESPOND TO COMPLAINT** |
| v. | |
| AMERICAN HEALTHCARE, INC., PAYLESS WHOLESALE INC., and DOES 3 through 10, inclusive, | |
| Defendants. | |

17    IT IS AGREED by and between Plaintiff and Defendant American Healthcare, Inc., through their respective counsel, that Defendant American Healthcare, Inc. has an extension of time up to and including October 6, 2005, within which to respond to the Complaint. American Healthcare, Inc. will not use this extension as a basis for seeking a continuance of the October 14, 2005 case management conference in this action.

////
////
////
////
////
////
////

| | | |
|---|---|---|
| 1 | DATED: September 28, 2005 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ David Eiseman<br>DAVID EISEMAN<br>ALBERT P. BEDECARRÉ<br>AARON N. MONICK |
| 5 | | |
| 6 | | Attorneys for Plaintiff LIFESCAN, INC. |
| 7 | DATED: September 28, 2005 | JEFFER, MANGELS, BUTLER & MARMARO LLP |
| 8 | | |
| 9 | | By: /s/ J.T. Wells Blaxter<br>JEFFREY K. RIFFER<br>J.T. WELLS BLAXTER |
| 10 | | |
| 11 | | Attorneys for Defendant AMERICAN HEALTHCARE, INC. |
| 12 | | |

Dated: 9/29/05

IT IS SO ORDERED
Judge Joseph C. Spero