| | |
|---|---|
| 1 | JEFFER, MANGELS, BUTLER & MARMARO LLP |
| 2 | JEFFREY K. RIFFER *JRiffer@jmbm.com* (Bar No. 87016)<br>1900 Avenue of the Stars, Seventh Floor |
| 3 | Los Angeles, CA 90067-4308<br>Telephone: 310-203-8080 |
| 4 | Facsimile: 310-203-0567 |
| 5 | JEFFER, MANGELS, BUTLER & MARMARO LLP<br>J.T. WELLS BLAXTER *WBlaxter@jmbm.com* (Bar No. 190222) |
| 6 | Two Embarcadero Center, Fifth Floor<br>San Francisco, CA 94111-3824 |
| 7 | Telephone: 415-398-8080<br>Facsimile: 415-398-5584 |
| 8 | Attorneys for Defendant<br>AMERICAN HEALTHCARE, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFESCAN, INC., | CASE NO. C 05-2016 LCS |
| Plaintiff, | |
| v. | NOTICE OF CHANGE OF COUNSEL |
| AMERICAN HEALTHCARE, INC.;<br>PAYLESS WHOLESALE, INC. and DOES 3 through 10, inclusive, | |
| Defendants. | |

PRINTED ON
RECYCLED PAPER

LA 3711929 v1

NOTICE OF CHANGE OF COUNSEL
C 05-2016 LCS

PLEASE TAKE NOTICE THAT DEFENDANT AMERICAN HEALTHCARE, INC. hereby makes the following change in counsel in this matter:

JEFFER, MANGELS, BUTLER & MARMARO LLP
JEFFREY K. RIFFER *JRiffer@jmbm.com* (Bar No. 87016)
1900 Avenue of the Stars, Seventh Floor
Los Angeles, CA 90067-4308
Telephone: 310-203-8080
Facsimile: 310-203-0567

JEFFER, MANGELS, BUTLER & MARMARO LLP
J.T. WELLS BLAXTER *WBlaxter@jmbm.com* (Bar No. 190222)
Two Embarcadero Center, Fifth Floor
San Francisco, CA 94111-3824
Telephone: 415-398-8080
Facsimile: 415-398-5584

DATED: September 30, 2005          JEFFER, MANGELS, BUTLER & MARMARO LLP
                                   JEFFREY K. RIFFER
                                   J.T. WELLS BLAXTER


                                   By:  /S/-- *JEFFREY K. RIFFER* --
                                        JEFFREY K. RIFFER
                                   Attorneys for Defendant American Healthcare, Inc.

Dated: 10/3/5

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA