| | |
|---|---|
| 1 | JEFFER, MANGELS, BUTLER & MARMARO LLP |
| 2 | JEFFREY K. RIFFER (Bar No. 87016), JRiffer@jmbm.com |
|   | 1900 Avenue of the Stars, Seventh Floor |
| 3 | Los Angeles, California  90067-5010 |
|   | Telephone:    (310) 203-8080 |
| 4 | Facsimile:     (310) 203-0567 |

JEFFER, MANGELS, BUTLER & MARMARO LLP
J. T. WELLS BLAXTER (Bar No. 190222), WBlaxter@jmbm.com
Two Embarcadero Center, Fifth Floor
San Francisco, California  94111-3824
Telephone:    (415) 398-8080
Facsimile:     (415) 398-5584

Attorneys for Defendant American Healthcare, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LIFESCAN, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN HEALTHCARE, INC., PAYLESS WHOLESALE INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.    C 05 02016 JSW<br><br>**SUBSTITUTION OF ATTORNEY** |

Defendant American Healthcare, Inc. hereby substitutes the Law Office of Derek A. Eletich as its attorney of record in place of Jeffer, Mangels, Butler & Marmaro LLP.  The new attorney of record is:

Derek A. Eletich
Law Office of Derek A. Eletich
545 Middlefield Road, Suite 150
Menlo Park, CA 94025-3400
derekeletich@earthlink.net

PRINTED ON RECYCLED PAPER

479369v1

The undersigned consents to the above substitution on behalf of American Healthcare, Inc.

DATED: February 6, 2006        BY: _____/s/_____
                                  EDWARD LETKO, for
                                  Defendant American Healthcare, Inc.

The undersigned consents to the above substitution.

DATED: February 10, 2006        JEFFER, MANGELS, BUTLER & MARMARO LLP


                                BY: _____/S/_____
                                    J.T. WELLS BLAXTER
                                    Former Attorneys for Defendant American Healthcare Inc.

The undersigned is duly admitted to practice in the Northern District of California and accepts the above substitution.

DATED: February 10, 2006        LAW OFFICE OF DEREK A. ELETICH


                                BY: _____/S/_____
                                    DEREK A. ELETICH
                                    New Attorneys for Defendant American Healthcare Inc.

\* \* \*

**ORDER**

IT IS SO ORDERED.

DATED: February 14, 2006

_/s/ Jeffrey S. White_
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE