| | |
|---|---|
| 1  QUINN EMANUEL URQUHART<br>    OLIVER & HEDGES, LLP<br>2    David Eiseman (Bar No. 114758)<br>    Albert P. Bedecarré (Bar No. 148178)<br>3    Kristin J. Madigan (Bar No. 233436)<br>   50 California Street, 22nd Floor<br>4  San Francisco, California  94111<br>   Telephone:    (415) 875-6600<br>5  Facsimile:    (415) 875-6700<br>   Email: davideiseman@quinnemanuel.com<br>6         albedecarre@quinnemanuel.com<br>          kristinmadigan@quinnemanuel.com<br>7<br>   Attorneys for Plaintiff<br>8  LifeScan, Inc. | LAW OFFICE OF DEREK A. ELETICH<br>Derek A. Eletich (Bar No. 193393)<br>545 Middlefield Road, Suite 150<br>Menlo Park, California  94025<br>Telephone:    (650) 853-7157<br>Facsimile:    (650) 429-2028<br>Email: derekeletich@earthlink.net<br><br>Attorneys for Defendant<br>American Healthcare, Inc.<br><br>LAW OFFICES OF LAWRENCE G.<br>    TOWNSEND<br>Lawrence G. Townsend (Bar No. 88184)<br>455 Market Street, 19th Floor<br>San Francisco, California  94105<br>Telephone:    (415) 882-3288<br>Facsimile:    (415) 882-3299<br>Email: ltownsend@owe.com<br><br>Attorneys for Defendant<br>Payless Wholesale, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LIFESCAN, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>AMERICAN HEALTHCARE, INC.,<br>PAYLESS WHOLESALE, INC., and<br>DOES 3 through 10, inclusive,<br><br>  Defendants. | CASE NO. C 05-2016-JSW<br><br>STIPULATED REQUEST FOR ORDER<br>EXTENDING SETTLEMENT<br>CONFERENCE DEADLINE AND<br>CONTINUING FURTHER CASE<br>MANAGEMENT CONFERENCE |

50884/1836618.1

STIPULATED REQUEST FOR ORDER EXTENDING
SETTLEMENT CONFERENCE DEADLINE AND CONTINUING
FURTHER CASE MANAGEMENT CONFERENCE
Case No. C 05-2016-JSW

1 WHEREAS, the parties attended the initial case management conference on December 16, 2005;

2 WHEREAS, the Court entered a minute order following the December 16, 2005 conference that referred the parties to Magistrate Judge Spero for a settlement conference to be completed by March 17, 2006, and set the further case management conference for April 14, 2006;

3 WHEREAS, the settlement conference before Magistrate Judge Spero was to be held on March 15, 2006;

4 WHEREAS, all LifeScan representatives with authority to enter settlement negotiations on LifeScan's behalf are scheduled to attend a management-level conference on March 15, 2006;

5 WHEREAS, LifeScan promptly attempted to reset the settlement conference for a date prior to March 17, 2006;

6 WHEREAS, American Healthcare filed a notice of substitution of counsel on February 10, 2006;

7 WHEREAS, the parties met and conferred, and have reserved a new settlement conference date of April 26, 2006 with Magistrate Judge Spero, the earliest date available and mutually agreeable to all parties;

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel on behalf of their respective clients that the parties request the Court extend the deadline to complete the settlement conference and continue the further case management conference to May 26, 2006 or to another date convenient for the Court, as indicated below.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

-2-

50884/1836618.1

STIPULATED REQUEST FOR ORDER EXTENDING
SETTLEMENT CONFERENCE DEADLINE AND CONTINUING
FURTHER CASE MANAGEMENT CONFERENCE
Case No. C 05-2016-JSW

| | | |
|---|---|---|
| 1 | DATED: February 24, 2006 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |

By /s/ Albert P. Bedecarré
Albert P. Bedecarré
Attorneys for Plaintiff
LifeScan, Inc.

DATED: February 24, 2006        LAW OFFICE OF DEREK A. ELETICH

By /s/ Derek A. Eletich
Derek A. Eletich
Attorneys for Defendant
American Healthcare, Inc.

DATED: February 24, 2006        LAW OFFICES OF LAWRENCE G. TOWNSEND

By /s/ Lawrence G. Townsend
Lawrence G. Townsend
Attorneys for Defendant
Payless Wholesale, Inc.

-3-

50884/1836618.1

STIPULATED REQUEST FOR ORDER EXTENDING
SETTLEMENT CONFERENCE DEADLINE AND CONTINUING
FURTHER CASE MANAGEMENT CONFERENCE
Case No. C 05-2016-JSW

1 **ORDER**

2     PURSUANT TO STIPULATION, IT IS SO ORDERED.

3     IT IS HEREBY ORDERED THAT the further case management conference in this matter

4 be continued to __May 26__, 2006 at 1:30 p.m. The settlement conference is to be completed by

5 that date.

7 DATED: ~~February~~ March 1, 2006

9 _____
10 The Honorable Jeffrey S. White
    United States District Judge

-4-

50884/1836618.1

STIPULATED REQUEST FOR ORDER EXTENDING
SETTLEMENT CONFERENCE DEADLINE AND CONTINUING
FURTHER CASE MANAGEMENT CONFERENCE
Case No. C 05-2016-JSW