QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
  David Eiseman (Bar No. 114758)
  Albert P. Bedecarré (Bar No. 148178)
  Kristin J. Madigan (Bar No. 233436)
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
Email: davideiseman@quinnemanuel.com
       albedecarre@quinnemanuel.com
       kristinmadigan@quinnemanuel.com

Attorneys for Plaintiff
LifeScan, Inc.

LAW OFFICE OF DEREK A. ELETICH
Derek A. Eletich (Bar No. 193393)
545 Middlefield Road, Suite 150
Menlo Park, California 94025
Telephone: (650) 853-7157
Facsimile: (650) 429-2028
Email: derekeletich@earthlink.net

Attorneys for Defendant
American Healthcare, Inc.

LAW OFFICES OF LAWRENCE G.
  TOWNSEND
Lawrence G. Townsend (Bar No. 88184)
455 Market Street, 19th Floor
San Francisco, California 94105
Telephone: (415) 882-3288
Facsimile: (415) 882-3299
Email: ltownsend@owe.com

Attorneys for Defendant
Payless Wholesale, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LIFESCAN, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN HEALTHCARE, INC., PAYLESS WHOLESALE, INC., and DOES 3 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO. C 05-2016-JSW<br><br>STIPULATION AND [PROPOSED] ORDER FOR ENTRY OF PERMANENT INJUNCTION |

## STIPULATION

WHEREAS:

A.  Plaintiff LifeScan, Inc. ("LifeScan") is a leading producer of blood glucose monitoring systems, consisting of blood glucose meters and test strips, used by consumers and healthcare professionals in the management of diabetes.

B.  LifeScan blood glucose monitoring products include OneTouch® Basic®, One Touch® SureStep®, One Touch® Fast*Take*®, One Touch® Ultra® and One Touch® UltraSmart® blood glucose meters and/or test strips.

C.  Defendant American Healthcare, Inc. ("American Healthcare") is a company based in New York and New Jersey that sells healthcare and medical products to wholesalers and pharmacies.

D.  Defendant Payless Wholesale, Inc. ("Payless Wholesale") is a company based in New York that sells healthcare and medical products to wholesalers and pharmacies.

E.  A false and fraudulent letter dated September 30, 2004 and titled "Urgent: One Touch Basic Strips Shortage" was disseminated to LifeScan customers, potential customers, medical supply sellers, and medical professionals, among others (attached hereto as Exhibit A).

F.  A false and fraudulent letter dated October 18, 2004 and titled "Urgent: Counterfeit One Touch Ultra 50 Test Strips Update" was disseminated to LifeScan customers, potential customers, medical supply sellers, and medical professionals, among others (attached hereto as Exhibit B).

G.  On May 17, 2005, LifeScan commenced this action against Defendants Does 1-10. The case was originally assigned to Magistrate Judge Joseph C. Spero.

H.  On May 18, 2005, LifeScan filed an *Ex Parte* Motion for Leave to Conduct Early Discovery, supported by several declarations and documentary evidence. On May 24, 2005, Magistrate Judge Spero issued an order granting LifeScan's *Ex Parte* Motion for Leave to Conduct Early Discovery. On July 8, 2005, LifeScan filed its Second *Ex Parte* Motion for Leave to Conduct Early Discovery, again supported by declarations and documentary evidence. On

July 14, 2005, Magistrate Judge Spero granted LifeScan's Second *Ex Parte* Motion for Leave to Conduct Early Discovery. After obtaining those orders, LifeScan issued document subpoenas and took five depositions. Based on the evidence acquired through the document subpoenas and depositions, LifeScan filed its First Amended Complaint on September 6, 2005.

    I.    The First Amended Complaint alleges that American Healthcare and Payless Wholesale created and disseminated the September 30, 2004 and October 18, 2004 letters, and includes claims for violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a); unlawful, unfair, and/or fraudulent business practices in violation of Section 17200 of the California Business and Professions Code; and the torts of trade libel, trade defamation, and intentional interference with contractual relations.

    J.    On December 9, 2005, the parties filed a Joint Case Management Statement in which Payless Wholesale admitted that it disseminated the October 18, 2004 letter, and American Healthcare admitted that it disseminated at least one of the two letters at issue.

    K.    On February 28, 2006, American Healthcare served its responses to LifeScan's first set of Requests for Admissions, in which it admitted distributing the October 18, 2004 letter to third parties. On March 1, 2006, Payless Wholesale served its responses to LifeScan's first set of Interrogatories, in which it also admitted distributing the October 18 letter to third parties.

    L.    Based on the admissions made by American Healthcare and Payless Wholesale in the Joint Case Management Statement and their responses to LifeScan's discovery requests, and in an effort to avoid the cost and expense of litigating a permanent injunction motion, LifeScan, American Healthcare, and Payless Wholesale have agreed to stipulate to the entry of a permanent injunction in this action.

Accordingly, IT IS HEREBY STIPULATED by and between, LifeScan on the one hand, and American Healthcare and Payless Wholesale on the other hand, through their respective counsel, as follows:

    1.    Based on the admissions made by American Healthcare and Payless Wholesale in the Joint Case Management Statement and their responses to LifeScan's discovery requests, and in

accordance with Rule 65 of the Federal Rules of Civil Procedure; Section 34 of the Lanham Act, 15 U.S.C. § 1116; and Section 17203 of the California Business and Professions Code, American Healthcare and Payless Wholesale and their officers, directors, agents, servants, employees, attorneys, successors and assigns, as well as all those acting on their behalf or in active concert or participation with them, shall be permanently enjoined and restrained from:

    (a)    disseminating the September 30, 2004 and October 18, 2004 letters attached hereto as Exhibits A and B, or any of the false statements contained in those letters;

    (b)    disseminating or distributing any letter that purports to be from LifeScan or its officers, directors, employees, or agents, except as expressly required by applicable law;

    (c)    making any false representations of fact regarding any LifeScan products, including LifeScan's OneTouch® Basic®, One Touch® SureStep®, One Touch® Fast*Take*®, One Touch® Ultra® and One Touch® UltraSmart® blood glucose meters and/or test strips;

    (d)    imitating, copying, counterfeiting, or making unauthorized use of LifeScan's registered trademarks, including OneTouch® Basic®, One Touch® SureStep®, One Touch® Fast*Take*®, One Touch® Ultra® and One Touch® UltraSmart®, except for referencing such trademarks for lawful comparative advertising purposes, provided that such uses are not false or misleading; and

    (e)    assisting, aiding or abetting any other person or business entity in performing any of the acts provided in (a)-(d) above.

2.    This Stipulation and Order for Entry of Permanent Injunction shall not be referred to or introduced into evidence by any party at trial in this matter, expect for purposes of enforcing the Permanent Injunction.

| | | |
|---|---|---|
| 1 | DATED: April 26, 2006 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |

By _____
Albert P. Bedecarré
Attorneys for Plaintiff
LifeScan, Inc.


DATED: April 26, 2006        LAW OFFICE OF DEREK A. ELETICH

By _____
Derek A. Eletich
Attorneys for Defendant
American Healthcare, Inc.


DATED: April 26, 2006        LAW OFFICES OF LAWRENCE G. TOWNSEND

By _____
Lawrence G. Townsend
Attorneys for Defendant
Payless Wholesale, Inc.

ORDER

Pursuant to the above Stipulation between the parties, and good cause appearing therefor, IT IS HEREBY ORDERED as follows:

1. Based on the admissions made by American Healthcare and Payless Wholesale in the Joint Case Management Statement and their responses to LifeScan's discovery requests, and in accordance with Rule 65 of the Federal Rules of Civil Procedure; Section 34 of the Lanham Act, 15 U.S.C. § 1116; and Section 17203 of the California Business and Professions Code, American Healthcare and Payless Wholesale and their officers, directors, agents, servants, employees, attorneys, successors and assigns, as well as all those acting on their behalf or in active concert or

1 participation with them, ARE HEREBY PERMANENTLY ENJOINED AND RESTRAINED
2 from:
3    (a) disseminating the September 30, 2004 and October 18, 2004 letters attached
4 hereto as Exhibits A and B, or any of the false statements contained in those letters;
5    (b) disseminating or distributing any letter that purports to be from LifeScan or
6 its officers, directors, employees, or agents, except as expressly required by applicable law;
7    (c) making any false representations of fact regarding any LifeScan products,
8 including LifeScan's OneTouch® Basic®, One Touch® SureStep®, One Touch® Fast*Take*®,
9 One Touch® Ultra® and One Touch® UltraSmart® blood glucose meters and/or test strips;
10    (d) imitating, copying, counterfeiting, or making unauthorized use of
11 LifeScan's registered trademarks, including OneTouch® Basic®, One Touch® SureStep®, One
12 Touch® Fast*Take*®, One Touch® Ultra® and One Touch® UltraSmart®, except for referencing
13 such trademarks for lawful comparative advertising purposes, provided that such uses are not false
14 or misleading; and
15    (e) assisting, aiding or abetting any other person or business entity in
16 performing any of the acts provided in (a)-(d) above.
17   2. This Stipulation and Order for Entry of Permanent Injunction shall not be referred
18 to or introduced into evidence by any party at trial in this matter, expect for purposes of enforcing
19 the Permanent Injunction.

DATED: May 1, 2006

_____
The Honorable Jeffrey S. White
United States District Judge

50884/1865136.1/

-6-

STIPULATION AND [PROPOSED] ORDER
FOR ENTRY OF PERMANENT INJUNCTION
CASE NO. C 05-2016 JSW

# EXHIBIT A



## Urgent: One Touch Basic Strips Shortage

September 30, 2004

Dear Pharmacist,

Due to some unavoidable circumstances we will have some production delays. This may cause shortages in some regions of the country starting in about 2-3 weeks.

We regret the inconvenience it may cause. We assure you a steady supply in about 8 weeks time.

We appreciate your cooperation.

Sincerely,

Karen Sauer

Vice President, Customer Service / Global Technical Services

LifeScan, Inc.

# EXHIBIT B



# Urgent: Counterfeit One Touch Ultra 50 Test Strips Update

October 18, 2004

Dear valued customer,

We have identified two suppliers, **H & H Wholesale Services, Inc. of Troy, Michigan** and **Adelphia Diabetic Supply, Inc. of Brooklyn, New York**, who are advertising, promoting, and distributing counterfeit packaging of **OneTouch® Ultra®** 50 Test Strips. Lifescan has initiated legal proceedings against H & H Wholesale Services, Inc. and Adelphia Diabetic Supply, Inc. to stop these illegal activities.

Additionally, we are looking into possibility of sales of counterfeit **OneTouch® Basic®, OneTouch® SureStep®**, and **OneTouch® FastTake®** strips to health care providers by these two entities.

Please be aware of this situation and contact our Lifescan Customer Care Service Center at 1-800-227-8862 if you encounter these unauthorized products at any time. As always we appreciate your business and continued support of our One Touch Brand products.

Sincerely,

Karen Sauer

Vice President, Customer Service / Global Technical Services

LifeScan, Inc.