UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFESCAN, INC., | No. C-05-2016 JSW (JCS) |
|     Plaintiff(s), | |
|     v. | **NOTICE AND ORDER SETTING FURTHER SETTLEMENT CONFERENCE** |
| AMERICAN HEALTHCARE, INC., ET AL., | |
|     Defendant(s). | (E-FILING CASE) |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

You are hereby notified that a Further Settlement Conference is scheduled for **September 12, 2006, at 9:30 a.m.**, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Updated settlement conference statements shall be lodged with the Court **no later than September 5, 2006**.

Lead trial counsel shall appear at the Settlement Conference with the parties who have unlimited authority to negotiate and settle the case.

Counsel shall notify the undersigned's Chambers immediately at (415) 522-3691 if this case settles prior to the date set for the Further Settlement Conference. All other provisions of this Court's January 3, 2006 Notice of Settlement Conference and Settlement Conference Order remain in effect.

IT IS SO ORDERED.

Dated: May 31, 2006

JOSEPH C. SPERO
United States Magistrate Judge