1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9

LIFESCAN, INC.,

10

                  Plaintiff,                                    No. C 05-02016 JSW

11

        v.

12

AMERICAN HEALTHCARE, INC., et al.,

**ORDER CONDITIONALLY GRANTING ELETICH'S MOTION TO WITHDRAW AS COUNSEL**

13

                  Defendants.

14

                                                    /

15

        This matter comes before the Court upon consideration of Derek A. Eletich, Esq.'s

16

motion to withdraw as counsel for Defendant American Healthcare, Inc. ("AIH").  AIH has not

17

submitted an opposition to the motion.  The Court has reviewed the parties' papers and relevant

18

legal authority and has had the benefit of oral argument.

19

        The Court finds that good cause exists to warrant Eletich's request to withdraw from

20

representing AIH based on its failure to pay his attorneys' fees.  However, AIH is a corporation

21

and cannot represent itself.  *See Rowland v. California Men's Colony,* 506 U.S. 194, 201-02

22

(1993); Civil Local Rule 3-9(b).  Nor has AIH filed a substitution of counsel, despite having

23

notice of Eletich's motion to withdraw.

24

        Where, as here, withdrawal by an attorney from an action is not accompanied by

25

simultaneous appearance of substitute counsel, leave to withdraw may be subject to the

26

condition that papers continue to be served on counsel unless and until the client appears by

27

other counsel.  *See* Civ. L.R. 11-5(b) (stating that when withdrawal by an attorney from an

28

action is not accompanied by simultaneous appearance of substitute counsel . . . leave to

**United States District Court**

For the Northern District of California

**United States District Court**

For the Northern District of California

1  withdraw may be subject to the condition that papers may continue to be served on counsel for

2  forwarding purposes, unless and until the client appears by other counsel).

3       Therefore, the Court conditionally GRANTS Eletich's motion to withdraw with respect

4  to AIH upon the condition that the withdrawal will not be effective until November 8, 2006, or

5  until substitute counsel makes an appearance, whichever occurs sooner.  Any documents

6  pertaining to this action will continue to be served on Eletich for forwarding purposes until

7  November 8, 2006, or until substitute counsel has entered an appearance.

8       Because a corporation cannot represent itself, AIH must file a substitution of attorney by

9  no later than November 8, 2006.  AIH is admonished that failure to retain substitute counsel

10  may result in the Court entering a judgment against it.

11       Eletich is HEREBY ORDERED to serve this Order upon AIH, by no later than October

12  6, 2006, and file proof of such service with the Court by October 11, 2006.

13       **IT IS SO ORDERED.**

14

15  Dated: October 3, 2006

16      JEFFREY S. WHITE
    UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28