**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LIFESCAN, INC.,

    Plaintiff,

v.

AMERICAN HEALTHCARE, INC., et al.,

    Defendants.
_____/

No. C 05-02016 JSW

**ORDER RE ELETICH'S MOTION TO WITHDRAW AS COUNSEL**

    On October 3, 2006, the Court conditionally granted Derek A. Eletich, Esq.'s motion to withdraw as counsel for Defendant American Healthcare, Inc. ("AHI"). The Order noted that the withdrawal would not be effective until November 8, 2006, or until substitute counsel makes an appearance, whichever occurs sooner. The Court advised that because a corporation cannot represent itself, AHI must file a substitution of attorney by no later than November 8, 2006 and admonished AHI that failure to retain substitute counsel may result in the Court entering a judgment against it.

    On October 27, 2006, attorney Paul E. Loomie delivered to Court, but did not file, a letter seeking until December 3, 2006 for AHI to locate and retain replacement counsel. Despite the fact that more than two months since the deadline of November 8, and more than one month since the requested extension of December 3, has passed, AHI has not yet filed a substitution of attorney. Therefore, the Court HEREBY ORDERS that Eletich's withdrawal is now effective.

Eletich is HEREBY ORDERED to serve this Order upon AIH by no later than January 26, 2007, and file proof of such service with the Court by January 30, 2007. Plaintiff is directed to file a motion for default judgment against AIH within 30 days from the date of this Order.

**IT IS SO ORDERED.**

Dated: January 23, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE