**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LIFESCAN, INC.,

    Plaintiff,

v.

AMERICAN HEALTHCARE, INC., et al.,

    Defendants.
    /

No. C 05-02016 JSW

**ORDER REFERRING MOTION TO MAGISTRATE JUDGE**

    Pursuant to Local Rule 72-1, plaintiff's motion for default judgment against defendant American Healthcare, Inc. ("AHI") in the above captioned matter is HEREBY REFERRED to a randomly assigned Magistrate Judge to prepare a report and recommendation. The hearing date noticed for April 13, 2007 is HEREBY VACATED.

    The Court FURTHER ORDERS that the pretrial conference and trial dates are CONTINUED to June 18, 2007 at 2:00 p.m. and July 9, 2007 at 8:30 a.m., respectively.

    **IT IS SO ORDERED.**

Dated: February 26, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc:    Wings Hom