IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LIFESCAN, INC.,

    Plaintiff,

v.

AMERICAN HEALTHCARE, INC., et al.,

    Defendants.

No. C 05-02016 JSW

**ORDER RE TOWNSEND'S MOTION TO WITHDRAW AS COUNSEL**

On January 23, 2006, the Court conditionally granted the motion by Lawrence G. Townsend of the Law Offices of Lawrence G. Townsend's ("Townsend") withdraw as counsel for Defendant Payless Wholesale, Inc. ("Payless"). The Order noted that the withdrawal would not be effective until February 28, 2007, or until substitute counsel makes an appearance, whichever occurs sooner. The Court advised that because a corporation cannot represent itself, Payless must file a substitution of attorney by no later than February 28, 2007 and admonished Payless that failure to retain substitute counsel may result in the Court entering a judgment against it.

To date, Payless has not yet filed a substitution of attorney. Therefore, the Court HEREBY ORDERS that Townsend's withdrawal is now effective.

Townsend is HEREBY ORDERED to serve this Order upon Payless by no later than March 14, 2007, and file proof of such service with the Court by January 16, 2007. Plaintiff is

///

///

1  directed to file a motion for default judgment against Payless within 30 days from the date of
2  this Order.
3      **IT IS SO ORDERED.**

5  Dated: March 9, 2007

   JEFFREY S. WHITE
   UNITED STATES DISTRICT JUDGE

2