IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LIFESCAN, INC.,

    Plaintiff,

v.

AMERICAN HEALTHCARE, INC., et al.,

    Defendants.

No. C 05-02016 JSW

**ORDER REFERRING MOTION TO MAGISTRATE JUDGE**

Pursuant to Local Rule 72-1, plaintiff's motion for default judgment against defendant Payless Wholesale, Inc. ("Payless") in the above captioned matter is HEREBY REFERRED to a randomly assigned Magistrate Judge to prepare a report and recommendation. The hearing date noticed for May 11, 2007 is HEREBY VACATED.

**IT IS SO ORDERED.**

Dated: April 11, 2007

                        JEFFREY S. WHITE
                        UNITED STATES DISTRICT JUDGE

cc:    Wings Hom