IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFESCAN, INC., | No. C 05-2016 JSW (MEJ) |
| Plaintiff(s), | |
| vs. | **NOTICE OF REFERENCE** |
| AMERICAN HEALTHCARE, INC., et al., | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above-captioned case was referred to Magistrate Judge Maria-Elena James to prepare a report and recommendation on Plaintiff's Motion for Default Judgment against defendant Payless Wholesale, Inc.. Accordingly, the Court shall conduct a hearing on May 17, 2007 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Pursuant to Civil Local Rule 7, Defendant shall file any opposition to Plaintiff's motion by April 26, 2007 and Plaintiff shall file any reply by May 3. If Defendant does not file an opposition, Plaintiff shall file detailed proposed findings of fact and conclusions of law, which shall address the factors in *Eitel v. McCool*, 782 F.2d 1470, 1471-72 (9th Cir. 1986).

When filing papers that require the Court to take any action (e.g. motions, meet and confer letters, administrative requests), the parties shall, in addition to filing papers electronically, lodge

1  with chambers a printed copy of the papers by noon of the next court day following the day the
2  papers are filed electronically.  These printed copies shall be marked "Chambers Copy" and shall be
3  submitted to the Clerk's Office, in an envelope clearly marked with "Magistrate Judge James," the
4  case number and "E-Filing Chambers Copy."  Parties shall not file a paper copy of any document
5  with the Clerk's Office that has already been filed electronically.

6      Plaintiff shall serve this order upon all other parties in this action.  Please contact the
7  Courtroom Deputy Clerk, Brenda Tolbert, at (415) 522-4708 with any questions.

8  **IT IS SO ORDERED.**

10  Dated: April 11, 2007

MARIA-ELENA JAMES
United States Magistrate Judge

2