IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFESCAN, INC.,<br><br>　　　　　　Plaintiff(s),<br><br>　vs.<br><br>AMERICAN HEALTHCARE, INC., et al.,<br><br>　　　　　　Defendant(s). | No. C 05-2016 JSW (MEJ)<br><br>**ORDER RE: PLAINTIFF'S MOTIONS FOR DEFAULT JUDGMENT** |

Currently pending before the Court are Plaintiff's two motions for default judgment. The first, filed February 22, 2007, seeks $895,000.00 in damages and $308,646.82 in attorneys' fees and costs against defendant American Healthcare, Inc. The second, filed April 6, 2007, also seeks $895,000.00 in damages and $308,646.82 in attorneys' fees and costs against defendant Payless Wholesale, Inc. As these motions are clearly duplicative, the Court finds it appropriate to consider them together. Further, an award of over $600,000 in attorneys' fees and costs in a case that did not even proceed to trial, let alone the summary judgment stage, seems grossly excessive. Accordingly, Plaintiff must provide further briefing in which it justifies such an excessive award. Thus, the Court ORDERS as follows:

1)　The previously noticed hearing dates of April 19, 2007 and May 17, 2007 are VACATED.

2)　The Court shall conduct one hearing on May 31, 2007 at 10:00 a.m. in Courtroom B, 15th

1 Floor, 450 Golden Gate Avenue, San Francisco, California.

2 3) No later than April 26, 2007, Plaintiff shall file, and serve on Defendants, an itemization that provides a breakdown of all damages sought, separated by defendant, and a detailed itemization of all attorneys' fees and costs, separated by defendant. In its itemization, Plaintiff shall provide appropriate billing records and all other documentation necessary to justify its fee application. Plaintiff may redact any confidential information, but the Court may require Plaintiff to submit unredacted versions if it is unable to make a proper determination based on the redacted materials.

4) Defendants may file any opposition no later than May 10, 2007, and Plaintiff may file a reply by May 17, 2007.

**IT IS SO ORDERED.**

Dated: April 12, 2007

MARIA-ELENA JAMES
United States Magistrate Judge

2