IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFESCAN, INC., <br><br>   Plaintiff, <br><br>   v. <br><br> AMERICAN HEALTHCARE, INC., et al., <br><br>   Defendants. <br> _____ / | No. C 05-02016 JSW <br><br><br><br><br> **ORDER OF CLARIFICATION** |

On January 23, 2007 and March 9, 2007, this Court issued orders holding that the withdrawals by the former counsel of defendant American Healthcare, Inc. ("AHI") and Defendant Payless Wholesale, Inc. ("Payless") were effective and directing Plaintiff to file motions for default judgment. This Order is to clarify that when the Court issued these previous orders, the Court entered default against AHI and Payless based on their failure to obtain counsel. *See* Fed. R. Civ. Proc. 55(a); *see also United States v. High Country Broadcasting Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993) (affirming entry of default judgment against corporation that failed to retain counsel). The Court had advised both AHI and Payless that because corporations cannot represent themselves, the failure to retain substitute counsel could result in the Court entering judgment against them. Plaintiff is HEREBY ORDERED to serve this Order

///

///

///

1  upon AIH and Payless by no later than May 21, 2007, and file proof of such service with the
2  Court by May 22, 2007.
3      **IT IS SO ORDERED.**

5  Dated: May 16, 2007

                                        JEFFREY S. WHITE
                                        UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2