IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LIFESCAN, INC.,

    Plaintiff,

v.

AMERICAN HEALTHCARE, INC., et al.,

    Defendants.
                                           /

No. C 05-02016 JSW

**JUDGMENT**

    It is hereby ORDERED AND ADJUDGED that default judgment is entered and the action is dismissed with prejudice.  The Clerk is directed to enter judgment in favor of Plaintiff and against defendants American Healthcare, Inc. and Payless Wholesale, Inc. in the amount of $316,067.52 in damages and costs.

**IT IS SO ORDERED.**

Dated: August 2, 2007

                                                       JEFFREY S. WHITE
                                                       UNITED STATES DISTRICT JUDGE